**Abatement Order filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO.   14-21-00091-CV
_____

### THOMPSON HANCOCK WITTE & ASSOCIATES, INC., Appellant

### V.

### STANLEY SPURLING & HAMILTON, INC., Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-91155-A**

## ABATEMENT ORDER

This proceeding is one of two related appeals before this court involving appellant Thompson Hancock Witte & Associates, Inc.   The other appeal, No. 14-20-00827-CV, focuses on relief the trial court awarded in a different cause number to Brazos Presbyterian Homes, Inc., while this appeal focuses on relief the trial court awarded to appellee Stanley Spurling & Hamilton, Inc.

On June 18, 2021, appellant informed the court that, due to the way in which the clerk's records were assembled in the two appeals, documents necessary for resolution of this appeal were included in the appellate proceeding against Brazos Presbyterian Homes, but were not included in the clerk's record for the present appeal. Appellant requests that this appeal be abated to allow the Harris County Clerk to prepare a supplemental clerk's record for this appeal that will include documents already provided in the clerk's record for the other appeal. Accordingly, we issue the following order:

The appeal is abated, treated as a closed case, and removed from this court's active docket pending supplementation of the clerk's record for this appeal. The Harris County Clerk is instructed to provide a supplemental clerk's record containing documents relevant to the present appeal which were solely provided in the clerk's record for Appeal No. 14-20-00827-CV, within **21 days** of the date of this order.

The appeal will be reinstated on this court's active docket when the Harris County Clerk supplements the record with the documents necessary to fully resolve this appeal, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Poissant, and Wilson.